**Motion Granted and Order filed December 13, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00930-CV
_____

**ELAINE T. MARSHALL, INDIVIDUALLY, ELAINE T. MARSHALL, AS TRUSTEE OF THE HARRIER TRUST, ET AL., Appellants**

**V.**

**PRESTON MARSHALL, Appellee**

_____

**On Appeal from Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause Nos. 365,053-404**

_____

## NO. 14-18-00094-CV
## NO. 14-18-00095-CV
_____

**ELAINE T. MARSHALL, AS EXECUTOR OF THE ESTATE OF E. PIERCE MARSHALL, ET AL, Appellant**

**V.**

**PRESTON  MARSHALL, Appellee**

_____

**On Appeal from Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause Nos. 365,053-401 and 365,053-402**

## ORDER

On December 12, 2019, appellant Elaine Marshall filed an emergency motion in appeals 14-18-00094-CV and 14-18-00095-CV to stay "any further proceedings in [probate cause number 365,053-404] involving [appellee Preston Marshall's] Motion for Temporary Relief Compelling Distributions. Appellant E. Pierce Marshall, Jr. joined Elaine's motion on December 13, 2019. We are not required to wait 10 days before considering an emergency motion. *See* Tex. R. App. P. 10.1(a)(3).

We conclude the motion should be granted. We also conclude any proceedings by the probate court in cause number 365,053-404 regarding Preston's motion for temporary relief compelling distributions would interfere with the relief sought in appeal number 14-17-00930-CV.

Accordingly, we GRANT the emergency motion in appeals 14-18-00094-CV and 14-18-00095-CV. In order to preserve the parties' rights until disposition of appeal 14-17-00930-CV, on our own motion under the authority of Texas Rule of Appellate Procedure 29.3, we STAY any further proceedings in cause number 365,053-404 regarding Preston's motion for temporary relief compelling distributions.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

2